**ROGER T. NUTTALL  #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JOSE ALONZO-ARROYO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE ALONZO-ARROYO, AKA<br>ANTONIO ARROYO-AGUSTIN<br><br>        Defendant. | Case No.: 1:11-CR-108 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>**ORDER**<br><br>Date:  December 12, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, November 7, 2011, **be continued to Monday, December 12, 2011, at 9:00 a.m.**  This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Ian Garriques, who has no objection to this continuance.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: November 3, 2011.

                                NUTTALL COLEMAN & WILSON

                                By: /s/ Roger T. Nuttall
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant
                                    EDWARD JOSEPH GREEN

DATED: November 3, 2011.      BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## O R D E R

IT IS SO ORDERED.

Dated:    November 4, 2011
                              CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900