**ROGER T. NUTTALL  #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852


ATTORNEYS FOR Defendant,
        JOSE ALONZO-ARROYO


**UNITED  STATES  DISTRICT  COURT**

**EASTERN  DISTRICT  OF  CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-108 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | **ORDER** |
| JOSE ALONZO-ARROYO, AKA ANTONIO ARROYO-AGUSTIN | Date: February 13, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, January 30, 2012, **be continued to Monday, February 13, 2012, at 10:00 a.m.** This continuance is requested based on upon the fact that the attorney for the Defendant herein needs additional time for preparation and investigation of the case.

Counsel for Defendant has been in contact with Assistant United States Attorney, Ian Garriques, who has no objection to this continuance.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

1 interests of the public and the defendant in a speedy trial and

2 that the delay from the continuance shall be excluded from the

3 calculation of time under the Speedy Trial Act pursuant to 18

4 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5     It is your Declarant's opinion that a continuance such as

6 requested shall not prejudice any party concerned with this

7 matter.

8     DATED: January 25, 2012.

9                                    NUTTALL COLEMAN & WILSON

10                                   By: /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
11                                      Attorneys for Defendant
                                        EDWARD JOSEPH GREEN
12

13    DATED: January 25, 2012.        BENJAMIN B. WAGNER
                                      United States Attorney
14
                                      By: /s/ Ian Garriques
15                                        IAN GARRIQUES
                                          Assistant U.S. Attorney
16                                        Attorney for Plaintiff

17

18                        **O R D E R**

19

20 IT IS SO ORDERED.

21 Dated: _____January 25, 2012_____

22                        CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900

2