(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL  #42500**
   **NUTTALL COLEMAN & WILSON**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
            JOSE ALONZO-ARROYO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                      **\* \* \* \* \* \* \***

| 11 | UNITED STATES OF AMERICA, | Case No.: 1:11-CR-108 OWW |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO SET HEARING ON ENTRY OF PLEA |
| 13 | vs. | **ORDER** |
| 14 | JOSE ALONZO-ARROYO, AKA ANTONIO ARROYO-AGUSTIN | Date:  March 12, 2012 |
| 15 |  | Time:  10:00 a.m. |
| 16 | Defendant. | Judge: Hon. Anthony W. Ishii |

17
    **IT IS HEREBY STIPULATED** by and between the parties hereto,
18
   that a hearing for the formal entry of plea be scheduled for
19
   Monday, March 12, 2012, at 10:00 a.m. in Courtroom 2.
20
     The setting of a hearing for formal entry of plea is requested
21
   based on upon the fact that the defendant herein as signed a
22
   Memorandum of Plea Agreement in this case.
23
          Counsel for Defendant has been in contact with Assistant
24
   United States Attorney, Ian Garriques, who has no objection to
25
   the setting of said hearing.
26
          The parties stipulate and agree that the interests of
27
   justice served by the setting of this hearing.
28

It is your Declarant's opinion that the setting of said hearing as requested shall not prejudice any party concerned with this matter.

DATED: March 8, 2012.

                                NUTTALL COLEMAN & WILSON

                                By:  /s/ Roger T. Nuttall
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant
                                    EDWARD JOSEPH GREEN

DATED: March 8, 2012.        BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **O R D E R**

IT IS SO ORDERED.

Dated:  March 8, 2012
                              CHIEF UNITED STATES DISTRICT JUDGE